October 22, 2010

Mr. Jonathan Day
Andrews Kurth LLP
111 Congress Ave., Suite 1700
Austin, TX 78701

Ms. Elizabeth R. B. Sterling
Envtl. Prot. & Admin. Law Div.
Office of the Attorney General
P. O. Box 12548
Austin, TX 78711-2548
Mr. Thomas Lane Brocato
Lloyd Gosselink Rochelle & Townsend, P.C.
816 Congress Ave., Suite 1900
Austin, TX 78701

Mr. Ron H. Moss
Graves Dougherty Hearon & Moody, PC
P.O. Box 98
Austin, TX 78767-0098

RE: Case Number: 08-0727
 Court of Appeals Number: 03-06-00285-CV
 Trial Court Number: GN503381

Style: TEXAS INDUSTRIAL ENERGY CONSUMERS
 v.
 CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC; PUBLIC UTILITY COMMISSION
 OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Richard P. Noland |
| |Mr. Bryan L. Baker |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Jeffrey D. Kyle |